IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| AARON GREY,<br><br>                Petitioner,<br><br>      vs.<br><br>M. D. McDONALD, Warden, High Desert State Prison,<br><br>                Respondent. | No. 2:10-cv-01257-JKS<br><br>ORDER<br>[Re:  Motion at Docket No. 31] |

      At Docket No. 31 Aaron Grey, a state prisoner appearing *pro se*, filed a Motion and Affidavit for Leave to Appeal in Forma Pauperis.  This Court entered its Judgement on December 22, 2011, in which the Court declined to issue a Certificate of Appealability.  Accordingly, this Court has determined that the appeal is frivolous, without merit and does not present a substantial question.[1]

      **IT IS THEREFORE ORDERED THAT** the Motion and Affidavit for Leave to Appeal in Forma Pauperis is **DENIED**, without prejudice to renewal before the Court of Appeals for the Ninth Circuit.

      The Clerk of the Court to serve a copy of this Order on the parties appearing in this cause.

      Dated:  March 5, 2012.

                                                                  /s/ James K. Singleton, Jr.<br>
                                                                  JAMES K. SINGLETON, JR.<br>
                                                                 United States District Judge

---

[1] 28 U.S.C. §§ 1915(a), 753(f).